UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

SHAWNA SAUNDERS,

Plaintiff,

-against-

TOWN OF GREECE, TOWN OF GREECE POLICE DEPARTMENT, TOWN OF GREECE POLICE OFFICER CALVIN BOILY, in his individual and official capacities, TOWN OF GREECE POLICE OFFICER KATELYN BRADO, in her individual and official capacities, TOWN OF GREECE POLICE SGT. JOSHUA SPEARMAN, in his individual and official capacities, TOWN OF POLICE OFFICER STEPHEN PLACIOUS, in his individual and official capacities, TOWN OF GREECE POLICE OFFICER STEPHANIE MILITELLO, in her individual and official capacities, TOWN OF GREECE POLICE OFFICER BRONGO, in his individual and official capacities, and TOWN OF GREECE POLICE OFFICER JOHN/JANE DOES #1-10 (fictitiously named), in their individual and official capacities,

Defendants.

---------------------------------------------------------------------- X

**Docket No.: 6:24-cv-06528 (CJS)(CDH)**

**DECLARATION OF PABLO A. FERNANDEZ IN SUPPORT OF MOTION PURSUANT TO RULE 83.2**

PABLO A. FERNANDEZ, an attorney admitted to practice in the United States District Court for the Northern District of New York, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, as follows:

1. I am Partner with Horn Wright, LLP, attorneys for Plaintiff Shawna Saunders, in the above-captioned action, and fully familiar with all of the facts and circumstances stated herein. Said familiarity is based upon the contents of the file my office maintains on this matter.

2. This Declaration is respectfully submitted in support of the instant Motion pursuant to Local Rule 83.2 for an order from this Court to be relieved as Plaintiff’s counsel.

3. Horn Wright, LLP (the "Firm") was retained by Plaintiff Shawna Saunders on or about July 31, 2024.

4. Plaintiff filed her Complaint on September 5, 2024. *DE1*.

5. Defendants filed their Answer to the Complaint on October 7, 2024. *DE18*. The parties sought to mediate the instant matter. The parties participated in two mediation sessions on April 30, 2025 and November 18, 2025. Unfortunately, the parties were unable to settle the matter. *See DE30*.

6. Without waiving my client's right to confidentiality pursuant to the attorney-client privilege, I am disclosing the nature and existence of current disagreements and impasses which make continued representation impossible. On or about June 26, 2026, I was informed by Ms. Saunders, via text message, that she would seek other counsel to represent her if the firm refused to make certain amendments to the Complaint.

7. This was not the first time such a demand had been made. The undersigned has given Plaintiff advice regarding litigation, discovery, and burdens of proof. I have also explained my duties as an officer of the court under the RPCs, such as my duty of candor to the tribunal and to litigate the matter in good faith and in observance of the Rules of Court that bind Plaintiff in this matter.

8. Plaintiff has made it clear that she requires certain course of action, with which the undersigned fundamentally disagrees, despite my best efforts to explain the importance of following a different course.

9. Plaintiff and I have reached an impasse that, in undersigned and this Firm's opinion, create more than an "unreasonable difficulty" in representation; but rather, our impasses are of such a nature that continued representation is not feasible.

10. Plaintiff insists upon certain course of action with which the undersigned has fundamental disagreements. In addition, Plaintiff and counsel have had an irreconcilable breakdown of communication which cannot be overcome, making continued representation impossible. N.Y. Rules of Professional Conduct 1.16(c)(4) and (7).

11. On June 29, 2026, the undersigned texted Plaintiff to call the undersigned. However, I have had no further communication from Plaintiff.

12. The undersigned had deposed some of the individual Defendants. Soon after receiving Ms. Saunders text, I contacted Mr. Chartier to postpone the remaining individual Defendants' depositions as well as Plaintiff's deposition.

13. As of the present filing, I have not been contacted by incoming counsel for Plaintiff or by Plaintiff.

14. Therefore, it is respectfully requested that this Honorable Court enter an Order relieving the Firm and its attorneys as counsel for Plaintiff Shawna Saunders. It is further respectfully requested that, pending the determination of the present application, this Honorable Court stay any pending deadlines.

**WHEREFORE**, Horn Wright, LLP respectfully requests that the Court issue an Order granting the instant motion in its entirety, and for such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
July 16, 2026

By: */s/Pablo A. Fernandez*
Pablo A. Fernandez, Esq.