Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

August 14, 2026

**VIA ECF ONLY**
Hon. Colleen D. Holland
U.S. District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re.: *Saunders v. Town of Greece, et al.*
6:24-cv-06528 (CJS)(CDH)

Dear Judge Holland:

Horn Wright, LLP is the attorney of record for Plaintiff Shawna Saunders. I write to respectfully request leave to respond to Ms. Saunders' email to the Court transmitted in response to this firm's motion to be relieved as counsel. In the alternative, if the Court is not inclined to grant leave for a letter reply, it is respectfully requested that the undersigned be permitted to address Ms. Saunder's email at any contemplated oral argument.

Thanking the Court for its time and consideration, I remain

Respectfully,
**Horn Wright, LLP**
By: /S Pablo A. Fernandez
Pablo A. Fernandez

cc: Shawna Saunders (Via Email Only)
James S. Wolford, Esq. (*Via ECF Only*)
Craig D. Chartier, Esq. (*Via ECF Only*)